**ORIGINAL**

Paul J. Sulla, Jr. (SBN 5398)
Attorney at Law
P.O. Box 5258
2061 Kalanianaole Ave.
Hilo, HI  96720
Telephone: 808/933-3600
Facsimile: 808/933-3601

**LODGED**

DEC 09 2011

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 12 2011

___ o'clock and ___ min. ___
SUE BEITIA, CLERK

Attorney for Plaintiffs,
W. AUGUSTUZ ELLIOTT and
KYOKO ELLIOTT

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| W. AUGUSTUZ ELLIOTT and KYOKO ELLIOTT, as individuals<br><br>Plaintiffs,<br><br>vs.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, A NATIONAL BANKING ASSOCIATION AS TRUSTEE OF THE INDYMAC INDX MORTGAGE TRUST 2007-FLX6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FLX6 UNDER THE POOLING AND SERVICING AGREEMENT DATED JULY 1, 2007; ONEWEST BANK, FSB, a Federal Savings Bank formerly INDYMAC BANK, FSB, a Federal Savings Bank; and DOES 1-100, inclusive<br><br>Defendants. | Civil No. CV10-00357SOM BMK<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

**STIPULATION FOR VOLUNTARY DISMISSAL OF ENTIRE ACTION**

COMES NOW the Plaintiffs, W. AUGUSTUZ ELLIOTT and KYOKO ELLIOTT, by and through their attorney, Paul J. Sulla, Jr. and

1

Defendants ONEWEST BANK, FSB and DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee and through their attorney, David B. Rosen, and stipulate to the Entry of Dismissal of the Entire Action in the above-captioned matter, without prejudice, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(ii).

This Stipulation for Voluntary Dismissal is signed by all parties who have appeared in this action.

Each party shall bear its or their own costs and attorney fees in this matter.

DATED: Hilo, Hawaii this 5th day of December 2011.

W. AUGUSTUZ ELLIOTT and
KYOKO ELLIOTT, Plaintiffs

By _____
PAUL J. SULLA, JR.
Attorney

DATED: Honolulu, Hawaii this 9th day of December, 2011.

ONEWEST BANK, FSB and
DEUTSCHE BANK NATIONAL TRUST COMPANY,
Defendants

By _____
DAVID B. ROSEN
Attorney

2

APPROVED AND SO ORDERED.

Dated: Honolulu, Hawaii this 12th day of December, 2011.

/s/ Susan Oki Mollway
JUDGE OF THE U.S. DISTRICT COURT

*Elliott v.*
*Deutsche Bank National Trust Company, et al.*
Civil No. CV10 00357SOM BMK
**STIPULATION FOR VOLUNTARY DISMISSAL**
**OF ENTIRE ACTION**